IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  06-cv-02467-WYD-MEH

MICHAEL FARINACCI,

      Plaintiff,

v.

R. R. DONNELLEY & SONS COMPANY, a Delaware corporation;
R. R. DONNELLEY NORWEST, INC., an Oregon corporation,

      Defendants.

---

### ORDER OF DISMISSAL WITH PREJUDICE

---

THIS MATTER comes before the Court on the parties' Stipulation of Dismissal

With Prejudice [# 16], filed July 31, 2007.  After carefully reviewing the file in the

above-captioned case, I find that the stipulation should be approved pursuant to

Fed. R. Civ. P. 41(a)(1).  Accordingly, it is

ORDERED that Stipulation of Dismissal With Prejudice [# 16], filed July 31,

2007, is **APPROVED.**  It is

FURTHER ORDERED that Plaintiff's claims against the Defendants are

**DISMISSED WITH PREJUDICE**, each party to bear its own costs.

      Dated:  August 3, 2007

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge